**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CV-23530-RAR**

**VOLTSTAR TECHNOLOGIES, INC.**,

Plaintiff,

v.

**SHENZHEN SHI TIAN LAN**
**MU JU YOU XIAN GONG SI**,
*a/k/a* **TIANLANMUJU**,

Defendant.
_____________________________________/

**ORDER REFERRING MOTIONS**

Pursuant to 28 U.S.C. section 636(b)(1)(A) and the Magistrate Judge Rules of the Local Rules of the Southern District of Florida, the above-styled case is referred to United States Magistrate Judge Edwin G. Torres to take all action as required by law on Defendant Tianlanmuju's Motion to Vacate Default Final Judgment and Set Aside Default, and Incorporated Memorandum of Law, [ECF No. 96], ("Motion to Vacate").

While the Court is not persuaded that an evidentiary hearing is warranted based on the record in this case, given that Plaintiff has expressly requested one, the Court also refers Plaintiff's Motion for Evidentiary Hearing on Defendant's Motion to Vacate Default Final Judgment, [ECF No. 107], to Magistrate Judge Torres to determine whether an evidentiary hearing is necessary before ruling on Defendant's Motion to Vacate.

It shall be the responsibility of the parties in this case to note the name of Magistrate Judge Torres on all motions and submissions pertaining to the referenced motions.

**DONE AND ORDERED** in Miami, Florida, this 30th day of October, 2026.

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**